UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                      v.

    LUIS BLONDET, et al.,

                Defendants.

---------------------------------------------------------------------X

16-CR-387 (JMF)

AMENDED
SCHEDULING ORDER

JESSE M. FURMAN, United States District Judge:

        Upon application of Defendant Julio Marquez-Alejandro (Docket Nos. 254 and 255) and Defendants in "Trial Group Two," the pretrial conference previously scheduled for August 1, 2019, is ADJOURNED to **August 13, 2019**, at **2:15 p.m.**  Unless otherwise noted on the docket — and counsel should check before the conference — the conference will be held in **Courtroom 1105** in the **Thurgood Marshall Courthouse, 40 Centre Street, New York, NY 10007**.  All other dates and deadlines remain in effect.

        The Clerk of Court is directed to terminate Docket Nos. 255 and to docket this Order in reference to all Defendants (other than William Robles).

        SO ORDERED.

Dated: June 6, 2019
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge