# The Law Office of
# Bertram C. Okpokwasili

121 Newark Avenue, Suite 518
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
_____
* Member of the New York Bar and New Jersey Bar

**November 12, 2019**

**United States v. Fernando Gomez Latorre,**
**Docket No. 16 Cr. 387 (JMF)**

To the Honorable Judge Jesse M. Furman,

  Defense counsel respectfully submits this request to the Court to adjourn the November 21, 2019 sentence date to February 2020 or *sine die* in the above referenced matter. The reason for this request is that Defense counsel is in the process of having Mr. Gomez work with a specialist to make a report for the Court on his psychosocial history, which reportedly will take approximately three months. Additionally, Defense counsel is waiting on medical records and other records from former employers, along with medical records from the Bureau of Prisons. Moreover, Defense counsel believes the defendant's family, who raised money for the specialist, will need a time to coordinate the travel of friends and family to the client's eventual sentence date. This is Defense counsel's first request to adjourn. AUSA Jordan Estes, on behalf of the Government, consents to this request.  Please feel free to contact me should the Court have any questions or require additional information.

            Respectfully,

            /s/ *BCO*

            Bertram C. Okpokwasili, Esq.

CC: AUSA(s) Jordan Estes, Lara Pomerantz, Allison Nichols, Andrew Thomas