```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
             -v-                                                        :   16-CR-387 (JMF)
                                                                        :
LUIS BLONDET, et al,                                                    :   SCHEDULING ORDER
                                                                        :
                          Defendants.                                   :
                                                                        :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Trial for all remaining Defendants in this case is scheduled to begin **February 25, 2020** at **9:30 a.m.**

It is hereby ORDERED that any proposed *voir dire*, proposed jury instructions, and proposed verdict forms, as well as any motions *in limine* or trial memoranda, shall be filed by noon on **January 27, 2020**. Any opposition to a motion *in limine* or trial memorandum shall be filed by noon on **February 6, 2020**.

In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Furman, a party must submit one courtesy hard copies of these documents to the Court at the time of filing. In addition, the proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to Furman_NYSDChambers@nysd.uscourts.gov.

It is further ORDERED that the parties appear for a final pretrial conference on **February 13, 2020**, at **10:00 a.m.** in **Courtroom 506** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York 10007. **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

The parties must familiarize themselves with the Court's Individual Rules and Practices for Trials, available at http://nysd.uscourts.gov/judge/Furman.

SO ORDERED.

Dated: December 20, 2019
       New York, New York                              _____
                                                            JESSE M. FURMAN
                                                            United States District Judge