# The Law Office of
# Bertram C. Okpokwasili

121 Newark Avenue, Suite 518
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
_____
* Member of the New York Bar and New Jersey Bar

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

September 16, 2020

United States v. Fernando Gomez Latorre, 16 Cr. 387 (JMF)

<u>Request to Compel Metropolitan Correctional Center Warden and Legal Counsel to respond with regard to medical assistance, his current medical records and whether Mr. Gomez will be transferred to his designated facility.</u>

Your Honor,

I respectfully request that your Honor compel the Warden and Legal Counsel of the Metropolitan Correctional Center ("MCC") to contact me with the status of my clients' medical requests, current medical records, and whether Mr. Gomez will be transferred to his designated facility shortly.

My client was sentenced in your court in February and was to be designated to a minimum security prison. The hold on transfers due to covid-19 has apparently been lifted for some but not for others.

Moreover, Mr. Gomez has been suffering from constant nose bleeds and has not been able to get access to adequate care from a doctor for weeks. Defense counsel has reached out to the MCC and left multiple voice messages for the legal department and have not gotten a response.

Please let me know if you have any questions.

The Government shall contact the MCC and, no later than September 21, 2020, submit a report to the Court about the matters raised above (under seal or redacted, if appropriate). The Clerk of Court is directed to terminate Doc. #435. SO ORDERED.

*[Signature]*
September 16, 2020

Respectfully submitted,

___/s/ Bertram C. Okpokwasili___

BERTRAM C. OKPOKWASILI
Attorney for Fernando Gomez Latorre

CC: Ausa's Lara Pomerantz and Andrew Thomas